UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, et al.,<br><br>Defendants. | No. 2:15-cv-1309 KJM DB<br><br><br>ORDER |

This action came before the court on February 17, 2017, for hearing of defendant's motions to compel. Attorneys Shephen Ruehmann and Susan Field appeared on behalf of the plaintiff.[1] Attorney Richard McGreevy appeared on behalf of defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Defendant's February 3, 2017 motion to compel (ECF No. 30) is granted in part and denied in part;

---

[1] On February 14, 2017, plaintiff filed a proposed substitution of attorney, seeking to substitute Ms. Field in place of Mr. Ruehmann as counsel for plaintiff. (ECF No. 33.) The proposed substitution has not yet been approved by the court.

1

      2. Defendant's February 3, 2017 motion to compel (ECF No. 31) is granted in part and denied in part;

      3. Within 30 days of the date of this order, plaintiff shall produce responsive documents to the defendant and complete the deposition(s) of the PMQ(s); and

      4. Should plaintiff fail to comply with this order, defendant's request for $2,275 in sanctions will be granted.

Dated: February 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\clarendon1309.oah.021717