UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, et al.,<br><br>　　　　Defendants. | No. 2:15-CV-01309 KJM KJN<br><br>ORDER |

　　　　On May 5, 2017, the court determined this case had settled. Minute Order, ECF No. 46. The court ordered the parties to file dispositional documents by June 19, 2017. *Id.* That deadline passed, yet no dispositional documents were filed.

　　　　Accordingly, the court hereby ORDERS plaintiff to show cause within seven days why this case should not be dismissed.

　　　　IT IS SO ORDERED.

DATED: August 2, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1